UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
LI PING JIANG,

                                                 Plaintiff,

    -against-

KEVIN MCALEENAN, Acting Secretary of DHS,
U.S. Department of Homeland Security;
L. FRANCIS CISSNA, Director of USCIS,
U.S. Citizenship and Immigration Services;
GREGORY A. RICHARDSON, Director of
Texas Service Center, U.S. Citizenship and
Immigration Services; WILLIAM BARR,
U.S. Attorney General, U.S. Department of Justice,

                                       Defendants.
---------------------------------------------------------X

JUDGMENT
19-cv-2662 (JBW)

       An Order of Honorable Jack B. Weinstein, United States District Judge, having been filed on June 12, 2019, dismissing this action with prejudice, with each party to bear its own costs, expenses and fees; it is

       ORDERED and ADJUDGED that this action is dismissed with prejudice, with each party to bear its own costs, expenses, and fees.

Dated: Brooklyn, New York
       June 13, 2019

                                              Douglas C. Palmer
                                              Clerk of Court

                            by:    _/s/ Jalitza Poveda_
                                                    Deputy Clerk